UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                Case No. 22-CR-47

JORDAN L. PETERSON, et al.,

        Defendants.

---

**ORDER GRANTING UNITED STATES' MOTION TO DISMISS PROPERTY FROM FORFEITURE NOTICE OF THE INDICTMENT**

---

Based on the United States' motion to dismiss property from the forfeiture notice of the Indictment in this matter, the Court hereby GRANTS the motion and orders that the (102) assorted gold and silver coins, seized on or around January 19, 2022, from Benjamin K. Malacara and Julie L. Stamm, be, and hereby is, DISMISSED without prejudice from the forfeiture notice of the Indictment.

Dated at Green Bay, Wisconsin, this 28th day of December, 2022.

                                            s/ William C. Griesbach
                                            WILLIAM C. GRIESBACH
                                            United States District Judge